<hr />

(July 27, 1989)

■ In the Matter of WILSON S. MATHIAS, for Reinstatement as an Attorney, Petitioner.—Per Curiam. Application for reinstatement granted and petitioner, Wilson S. Mathias, reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Kane, Yesawich, Jr., Mercure and Harvey, JJ., concur.